**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JEFFREY H. BECK, Liquidating
Trustee of the Estates of Crown
Vantage, Inc. and Crown Paper
Company,

*Appellant,*

v.

PACE INTERNATIONAL UNION, on
behalf of member and former
member participants in pension
plans sponsored by the Debtors;
EDWARD MILLER; JEFFREY D.
MACEK, on behalf of themselves
and others similarly situated,

*Appellees.*

No. 03-15303

D.C. Nos.
CV-02-01407-MHP
01-4375N
Northern District
of California,
San Francisco

PACE INTERNATIONAL UNION, AFL-
CIO, CHEMICAL & ENERGY
WORKERS INTERNATIONAL UNION, on
behalf of members and former
member participants in pension
plans,

*Appellant,*

v.

JEFFREY H. BECK, Liquidating
Trustee of the Estates of Crown
Vantage, Inc. and Crown Paper
Company,

*Appellee.*

No. 03-15331

D.C. Nos.
CV-02-01407-MHP
01-4375N
Northern District
of California,
San Francisco

ORDER

Filed August 2, 2007

Before: Stephen Reinhardt, Richard A. Paez, and
Marsha S. Berzon, Circuit Judges.

## **ORDER**

The panel decision, 427 F.3d 668 (9th Cir. 2005), and memorandum disposition, 146 F. App'x 917 (9th Cir. Oct. 24, 2005), are VACATED. The district court's order affirming the bankruptcy court's decision is VACATED and REMANDED with instructions to remand to the bankruptcy court for further proceedings consistent with 551 U.S. ___, 127 S. Ct. 2310 (June 11, 2007).

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.